RANDY E. THOMAS, ESQ. / SBN: 78411
BARBARA J. THOMAS ESQ./ SBN: 283318
JEANNINE I. MALDONADO, ESQ./ SBN:285619
LAW OFFICE OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

Attorney for Defendants,

FILED
AUG 19 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JOE CHARLES CRIVELLO SR, in his individual and representative capacity as Trustee-Crivello Family Trust;<br>SUSAN M CRIVELLO, in her individual and representative capacity as Trustee-Crivello Family Trust;<br>CRIVELLO & DI SALVO, INC. a California Corporation and Does 1-10,<br><br>        Defendants. | Case No.: 2:14-CV-01692-JAM-AC<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** |

## STIPULATION

The Parties in this matter have agreed to extend the date for Defendants to answer Plaintiff's complaint ten (10) days, from August 11, 2014 until August 21 2014. It is so stipulated.

Date: 8/8/2014

_____ for
Mark Potter, Esq.
Attorney For Plaintiff

Date: 8/4/2014

_____
Barbara J. Thomas, Esq.
LAW OFFICE OF RANDY E. THOMAS
Attorneys for Defendants

-1-

Stipulation

RANDY E. THOMAS, ESQ. / SBN: 78411
BARBARA J. THOMAS ESQ./ SBN: 283318
JEANNINE I. MALDONADO, ESQ./ SBN:285619
LAW OFFICE OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

Attorney for Defendants,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOE CHARLES CRIVELLO SR, in his individual and representative capacity as Trustee-Crivello Family Trust; SUSAN M CRIVELLO, in her individual and representative capacity as Trustee-Crivello Family Trust; CRIVELLO & DI SALVO, INC. a California Corporation and Does 1-10,<br><br>　　Defendants. | Case No.: 2:14-CV-01692-JAM-AC<br><br>(~~PROPOSED~~) ORDER GRANTING THE EXTENSION OF THE DATE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT PURSUANT TO THE PARTIES' STIPULATION |

## STIPULATION

The Parties in this matter have agreed to extend the date for Defendants to answer Plaintiff's complaint ten (10) days, from August 11, 2014 until August 21 2014. It is so ordered.

Date: 8-19-2014

_____
Judge of the Eastern District California Court

-1-

(PROPOSED ORDER)