UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>Plaintiff,<br><br>v.<br><br>**JOE CHARLES CRIVELLOSR, in his individual and representative capacity as Trustee--Crivello Family Trust;**<br>**SUSAN M CRIVELLO, in her individual and representative capacity as Trustee--Crivello Family Trust; CRIVELLO& DI SALVO, INC., a California Corporation;and Does 1-10**,<br><br>Defendants | **Case No**. 2:14-CV-01692-JAM-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants Joe Charles Crivello Sr, in his individual and representative capacity as Trustee--Crivello Family Trust; Susan M Crivello, in her individual and representative capacity as Trustee--Crivello Family Trust; Crivello & Di Salvo, Inc., a California Corporation ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents by 30 days. The new deadline to file the dispositional documents will be July 11, 2016.

DATED: 6/13/2016

/s/ John A. Mendez
United States District Court Judge