1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10

SCOTT JOHNSON,

Case: 2:14-CV-01692-JAM-AC

11

Plaintiff,

**ORDER**

v.

12

13

JOE CHARLES CRIVELLO SR, in his individual and representative capacity as Trustee--Crivello Family Trust;

14

15

SUSAN M CRIVELLO, in her individual and representative capacity as Trustee--Crivello Family Trust; CRIVELLO& DI SALVO, INC., a California Corporation; and Does 1-10,

16

17

18

Defendants.

19

20

**ORDER**

21

Pursuant to F.R.CIV.P.41(a)(1), and the stipulation of the parties, this

22

action is hereby ordered dismissed with prejudice, each party to bear their

23

own attorneys' fees and costs.

24

25

26

Dated: 6/30/2016        /s/ John A. Mendez_____

27

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

28