UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>Plaintiff,<br><br>v.<br><br>**Joe Charles Crivello Sr,** in his individual and representative capacity as Trustee—Crivello Family Trust;<br>**Susan M Crivello,** in her individual and representative capacity as Trustee—Crivello Family Trust;<br>**Crivello & Di Salvo, Inc.**, a California Corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:14-CV-01692-JAM-AC<br><br>**ORDER** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff in the amount of $13,058.63.

Date: 5-22-2017

Hon. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1

Case No.2:14-CV-01692-JAM-AC