UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Joe Charles Crivello Sr., et al.,** <br><br> Defendants. | Case: 2:14-cv-01692-JAM-AC <br><br> [~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR EXAM <br><br> Date:        8/5/20 <br> Time:        10:00 a.m. <br> Courtroom:   26 |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for **Joe Charles Crivello Sr.,** scheduled for 8/5/19 is vacated.

IT IS SO ORDERED.

Dated: August 3, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam